# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH MACARTHUR,**

**JAMIE VILLALOBOS, and**

**JESUS HERNANDEZ,**

        **Plaintiffs,**

**vs.**                                        **Case No:  6:14-cv-2085-Orl-41GJK**

**US CORRECTIONS LLC**

**USG7, LLC**

**ASHLEY JACQUES aka ASH JAQUES, and**

**STEVEN L. JACQUES,**

        **Defendants.**

_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**IS** related to the following case: Circuit Court, Orange County, FL, case number 2014-CA-011953-O, which was removed by the Defendants. Otherwise, this case is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.


I further certify that I will serve a copy of this NOTICE OF PENDENC OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record.

**DANIEL E. SMITH II, ESQ.**
Florida Bar No.: 016249
**WADE B. COYE, ESQ.**
Florida Bar No.:  0832480
COYE LAW FIRM, P.A.
730 Vassar Street, 3rd Floor
Orlando, Florida 32804
(407) 648-4940 - Office
Primary E-Mail: dansmith@coyelaw.com
Secondary E-Mail:litigation@coyelaw.com
Attorneys for the Plaintiff

2