IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH MACARTHUR,

JAMIE VILLALOBOS, and

JESUS HERNANDEZ,

        Plaintiffs,

vs.                                Case No: 6:14-cv-2085-Orl-41GJK

US CORRECTIONS LLC

USG7, LLC

ASHLEY JACQUES aka ASH JAQUES, and

STEVEN L. JACQUES,

        Defendants.
_____/

## PLAINTIFF, JESUS HERNANDEZ'S, RESPONSE TO COURT'S INTERROGATORIES

1. 5/05/2014 – 7/18/2014

2. Ashley Jacques

3. No, there was not a set schedule.

4. Fugitive Extradition Officer. My job was to pick up prisoners all over the United States of America and transport them from jail to jail and/or Correctional Institutes and prisons. I took the prisoners to the hospitals during emergency situations and health issues and stayed on watch.

5. $8.00/ hour

6. Plaintiff believes that all of the following apply to his claim:

    a. Off the clock work (Defendant failed to record, or prohibited your from recording, all of your working time;

1

    b. misclassification (Defendant mistakenly classified you as exempt from overtime;
    c. miscalculation (Defendant failed to correctly calculate your compensation);
    d. Other: In addition to the overtime issue, Defendants have failed and refused to give Plaintiff his final paycheck.

7.

    a. 5/05/2014 – 7/18/2014
    b. 40 hours a week
    c. 301.25 hours total
    d. Pay received $4,936.00. He should have been paid $6,335.00. Amount includes unpaid regular hours in final check that was never received.
    e. $1,399.00. Amount does not include statutory rights such as liquidated damages, fees, check cancelation costs or costs.

8.

    a. n/a
    b. n/a

9. Plaintiff counsel has spent approximately 60 hours to date. His hourly rate would be in the range of $200 to $300 an hour. Costs at this point are approximately $600, which includes the filing fee.

10. I informed Ashley Jacques on July 24, 2014.

11. Oral and via text messages. Text messages provided to Defendants.

12. Ashley stated to come pick up the money order. When I informed him that I would come pick it up, he informed that he was not there and would be there in the morning. I requested that he mail it, he stated to come pick it up. He stated he would be waiting and when I informed him that I was on my way, he informed me that there is no one there.

_____
(Plaintiff's Signature)

STATE OF FLORIDA
COUNTY OF Orange

BEFORE ME, the undersigned authority, on this day, personally appeared Jesus Hernandez, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 21st day of January, 2015.



Notary Stamp

NOTARY PUBLIC

_A. Munroe_____
Signature of Person Taking Acknowledgment
Print Name: ATIYA MUNROE
Title: Notary Public
Serial No. (if any): FF 165326
Commission Expires: October 2, 2018

3