IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH MACARTHUR,

JAMIE VILLALOBOS, and

JESUS HERNANDEZ,

      Plaintiffs,

vs.                                Case No: 6:14-cv-2085-Orl-41GJK

US CORRECTIONS LLC

USG7, LLC

ASHLEY JACQUES aka ASH JAQUES, and

STEVEN L. JACQUES,

      Defendants.
_____/

## PLAINTIFF, JOSEPH MACARTHUR'S, RESPONSE TO COURT'S INTERROGATORIES

1. 2/14 – 8/14. Started as USG7 and then transitioned to US Corrections.

2. Ashley Jacques, Oreida Stone

3. I worked every week 135 hours – 168 hours weekly

4. F90 – Training Incoming Officers, also extraditions etc., everything.

5. $8 an hour

6. Plaintiff believes that all of the following apply to his claim:

    a. Off the clock work (Defendant failed to record, or prohibited your from recording, all of your working time;
    b. misclassification (Defendant mistakenly classified you as exempt from overtime;
    c. miscalculation (Defendant failed to correctly calculate your compensation);

1

    d. Other: In addition to the overtime issue, Defendants have failed and refused to give Plaintiff his final paycheck.

7.
   a. 2/14 – 8/15/14
   b. Numbers based on the following:
      i. From the time period of May 19, 2014 to August 10, 2014(based on payroll records provided by Defendants): 480 hours
      ii. From the time period of February 1, 2014 to May 18, 2014(no payroll records provided by Defendants, these numbers based on averages): 600
   c. Numbers based on the following:
      i. From the time period of May 19, 2014 to August 10, 2014(based on payroll records provided by Defendants): 1,125.50 hours
      ii. From the time period of February 1, 2014 to May 18, 2014(no payroll records provided by Defendants, these numbers based on averages): 1,406
   d. Numbers based on the following:
      i. From the time period of May 19, 2014 to August 10, 2014(based on payroll records provided by Defendants): $9,716 pay received. $17,346 should have been paid. (This amount includes 80 hours of unpaid regular hours as Plaintiff did not receive his last paycheck.)
      ii. From the time period of February 1, 2014 to May 18, 2014(no payroll records provided by Defendants, these numbers based on averages): $16,648.00 pay received. $21,672.00 should have been paid.
   e. $39,018.00. Amount does not include statutory rights such as liquidated damages, fees, or costs.

8.
   a. n/a
   b. n/a

9. Plaintiff's counsel has spent approximately 60 hours to date. His hourly rate would be in the range of $200 to $300 an hour. Costs at this point are approximately $600, which includes the filing fee.

10. August 23, 2014.

11. Oral

12. I was told that I would be paid no later than September 10, then Ash Jacques went missing and never returned any of my communications.

2

_____
Joseph MacArthur

**STATE OF FLORIDA**
**COUNTY OF** Palm Beach

BEFORE ME, the undersigned authority, on this day, personally appeared Plaintiff Name, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 22 day January, 2015.

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgment
Print Name: Dana McMichael
Title: Notary Public   Notary
Serial No. (if any): EE 879489
Commission Expires: 03-25-2017

DANA MCMICHAEL
Notary Public - State of Florida
My Comm. Expires Mar 25, 2017
Commission # EE 879489