IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH MACARTHUR,

JAMIE VILLALOBOS, and

JESUS HERNANDEZ,

          Plaintiffs,

vs.                          Case No:  6:14-cv-2085-Orl-41GJK

US CORRECTIONS LLC

USG7, LLC

ASHLEY JACQUES aka ASH JAQUES, and

STEVEN L. JACQUES,

          Defendants.

_____/

## PLAINTIFF, JAIME VILLALOBOS', RESPONSE TO COURT'S INTERROGATORIES

1. 2/1/2014 – 8/10/2014. Began as USG7 and then was offered to work under US corrections.

2. Ashley Jacques & Steven Jacques

3. No, when Ashley needed me for an instate or an outstate run he would call last minute to see if I would take the run.

4. Fugitive Extradition Officer. The transport company began as USG7. Ashley gave me an offer to continue transporting prisoners under the US corrections. He offered $8.00/hr and tons of overtime pay.

5. $8.00/ hr

6. Plaintiff believes that all of the following apply to his claim:

   a. Off the clock work (Defendant failed to record, or prohibited your from recording, all of your working time;

    b.  misclassification (Defendant mistakenly classified you as exempt from overtime;

    c.  miscalculation (Defendant failed to correctly calculate your compensation);

    d.  Other: In addition to the overtime issue, Defendants have failed and refused to give Plaintiff his final paycheck.

7.

    a.  2/14 – 8/15/14

    b.  Numbers based on the following:
         i.  From the time period of May 12, 2014 to August 10, 2014(based on payroll records provided by Defendants): 520 hours
         ii.  From the time period of February 1, 2014 to May 11, 2014(no payroll records provided by Defendants, these numbers based on averages): 560

    c.  Numbers based on the following:
         i.  From the time period of May 12, 2014 to August 10, 2014(based on payroll records provided by Defendants): 706.50 hours
         ii.  From the time period of February 1, 2014 to May 11, 2014(no payroll records provided by Defendants, these numbers based on averages): 760.90

    d.  Numbers based on the following:
         i.  From the time period of May 12, 2014 to August 10, 2014(based on payroll records provided by Defendants): $8,092 pay received. $12,638.00 should have been paid. (This amount includes 15 hours of unpaid regular hours as Plaintiff did not receive his last paycheck.)
         ii.  From the time period of February 1, 2014 to May 112014(no payroll records provided by Defendants, these numbers based on averages): $10,567.20 pay received. $13,610.80 should have been paid.

    e.  $26,248.80. Amount does not include statutory rights such as liquidated damages, fees, or costs.

8.

    a.  n/a

    b.  n/a

9.  Plaintiff's counsel has spent approximately 60 hours to date. His hourly rate would be in the range of $200 to $300 an hour. Costs at this point are approximately $600, which includes the filing fee.

10. Approximately 9/1/2014

11. Oral

12. Nothing. After supervisor assured me he would pay me for the last week, I
returned the vest, 2 shirts, hat, and badge to dispatch. He never paid me and
avoided calls and never heard from him again.

_____
(Plaintiff's Signature)

STATE OF FLORIDA
COUNTY OF Hillsborough

BEFORE ME, the undersigned authority, on this day, personally appeared
Jamie Villalobos_____, who being first duly sworn, deposes and says that
he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and
to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this __22__ day of __January__,
200 2015

JEHNNY TORRES
Notary Public - State of Florida
My Comm. Expires Oct 6, 2017
Commission # FF 051996
Bonded Through National Notary Assn.

Notary Stamp

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgment
Print Name:
Title: Notary Public
Serial No. (if any):
Commission Expires:

3